

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:              01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Style:                      Javier Noel Campos

                              v. The State of Texas

Date motion filed[*]:       February 14, 2014

Type of motion:         Extension of time to file appellant's brief

Party filing motion:     Appellant

Document to be filed:   Appellant's brief

Is appeal accelerated?     No

If motion to extend time:
      Original due date:              October 10, 2013
      Number of previous extensions granted:    2         Current Due date:  February 14, 2014
      Date Requested:            May 19, 2014

Ordered that motion is:

      ☑   Granted in part, denied in part

            If document is to be filed, document due:  March 19, 2014

          ☑       The Court will not grant additional motions to extend time

      ☐   Denied

      ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐   Other: _____

   **If the brief is not filed by March 19, 2014, the Court may set a date for appellant's counsel to appear and show cause why appellant's brief was not timely filed.**

Judge's signature:   /s/ Evelyn V. Keyes
                  ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: March 6, 2014

November 7, 2008 Revision